```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
STARR INDEMNITY & LIABILITY CO. a/s/o
The Gap, Inc.,

                        Plaintiff,

        -against-                                              19 Civ. 3819 (AT)

EXPEDITORS INTERNATIONAL OF                                    ORDER
WASHINGTON, INC.,

                        Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/14/2020

ANALISA TORRES, District Judge:

    The Court having been advised that the parties have reached a settlement in principle, ECF No. 41, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

    Any application to reopen must be filed <u>within thirty days</u> of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be so-ordered by the Court. Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: January 14, 2020
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge